# SPANGENBERG
## SHIBLEY & LIBER
### TRIAL LAWYERS

— COMMITMENT INTEGRITY RESULTS —

PETER H. WEINBERGER, OF COUNSEL
WILLIAM HAWAL
PETER J. BRODHEAD, OF COUNSEL
DENNIS R. LANSDOWNE
STUART E. SCOTT
NICHOLAS A. DICELLO
JEREMY A. TOR, LICENSED IN NY, OH
DUSTIN B. HERMAN
MICHAEL P. LEWIS, LICENSED IN CA, OH
KEVIN C. HULICK
EMILY DAVIS

CRAIG SPANGENBERG
(1914-1998)

NORMAN W. SHIBLEY
(1921-1992)

JOHN D. LIBER
(1938-2013)

**FILED**

AUG 2 3 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

August 20, 2021

**VIA FEDERAL EXPRESS OVERNIGHT DELIVERY**

Attn: Clerk of Courts
United States District Court, Northern District of Ohio, Eastern Division
John F. Seiberling Federal Building & U.S. Courthouse
2 South Main Street
Akron, OH 44308

Re: *Raimey v. The City of Niles, et al.* | Case No. 4:20-cv-00005

Dear Clerk:

Enclosed please find a disc containing video footage (body worn camera footage) being submitted for manual filing in connection with the above-captioned case. Also enclosed is a copy of the corresponding *Plaintiff's Notice of Manual Filing of Exhibit 3 to Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment* that has been filed with the Court on this date.

Very Truly Yours,

Nicholas A. DiCello
ndicello@spanglaw.com

NAD/kf

Enclosures

cc: (by U.S. Regular Mail): Gregory A. Beck, Esq.
Mel L. Lute, Jr., Esq.
Baker, Dublikar, Beck, Wiley & Mathews
400 South Main Street
North Canton, OH 44720

SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700 • Cleveland, OH 44114 • P: 216.696.3232 • F: 216.696.3924 • spanglaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY A. RAIMEY, as administrator of the Estate of MATTHEW BURROUGHS,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF NILES; et al.,<br><br>Defendants. | Case No. 4:20-cv-00005<br><br>**JUDGE SARA LIOI**<br><br>**NOTICE OF MANUAL FILING OF EXHIBIT 3 TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to § 16 of this Court's Electronic Filing Policies and Procedures Manual, Plaintiff hereby gives notice of the manual filing of **Exhibit 3** to his Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, to wit, a disc containing the video footage from the body camera worn by Defendant Officer Christopher Manella on January 2, 2019. The video footage disc has not been filed electronically because it cannot be reduced to a PDF format and exceeds the allowable size for electronic filings via the Court's CM/ECF system.

                                                */s/ Nicholas A. DiCello*
                                                NICHOLAS A. DICELLO (0075745)
                                                KEVIN C. HULICK (0093921)
                                                **SPANGENBERG SHIBLEY & LIBER LLP**
                                                1001 Lakeside Avenue East, Suite 1700
                                                Cleveland, OH 44114
                                                (216) 696-3232
                                                (216) 696-3924 (FAX)
                                                *ndicello@spanglaw.com*
                                                *khulick@spanglaw.com*

                                                ***Counsel for Plaintiff Timothy A. Raimey***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record and may be obtained through the Court's CM/ECF Systems. A true and correct copy of the foregoing Notice along with a copy of the disc referenced herein will also be served upon all counsel of record by U.S. mail.

> */s/ Nicholas A. DiCello*
> NICHOLAS A. DICELLO (0075745)
> KEVIN C. HULICK (0093921)
> **SPANGENBERG SHIBLEY & LIBER LLP**
> 1001 Lakeside Avenue East, Suite 1700
> Cleveland, OH 44114
> (216) 696-3232
> (216) 696-3924 (FAX)
> *ndicello@spanglaw.com*
> *khulick@spanglaw.com*
>
> ***Counsel for Plaintiff Timothy A. Raimey***