**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS G. CAREY, | ) | CASE NO.  4:20-cv-5 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CHRISTOPHER MANNELLA, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Counsel having advised the Court that the case has settled, this case hereby is dismissed with prejudice. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before April 5, 2024.

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: February 2, 2024

_____
**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**